UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**OBSA OPERATING COMPANY, LLC,**<br><br>*Alleged Debtor.* | Chapter 7<br><br>Case No. <u>26-10318 (KBO)</u> |

### Declaration of Mangal Krishnarao Kulkarni

I, Mangal Krishnarao Kulkarni, declare the following under 28 U.S.C. § 1746:

1. I am Secretary for Sonata Software North America, Inc. (the "Petitioning Creditor") and maintain an office at 39899 Balentine Drive, Suite 200, Newark, CA 94560. I am authorized to submit this Declaration on behalf of Sonata Software North America, Inc. I am over 21 years of age, and, if called upon to testify, I would testify competently to the facts and opinions set forth herein.

2. To the best of my knowledge, the information contained within the petition is true and correct.

3. The Petitioning Creditor, Sonata Software Limited (together with the Petitioning Creditor, "Sonata"), and OBSA Operating Company, LLC (the "Debtor") were party to that certain Master Services Agreement (the "MSA") and a related Statement of Work (as subsequently amended, and together with the MSA, the "Agreement"), under which Sonata agreed to provide information technology services to the Debtor. Sonata provided such services to the Debtor pursuant to the Agreement and has not been paid in full for such services.

4. Sonata demanded payment for such services and received assurances that Sonata would be paid following the sale of Debtor's credit card assets in Q4 2025. However, by letter

1



dated December 3, 2025, and sent December 9, 2025, the Debtor and its affiliates ("Bluestem") responded through their counsel who had been retained with respect to the Bluestem's "distressed situation." In its letter, Bluestem did not dispute the validity of Sonata's claims, but instead indicated that it did not have sufficient liquidity to fully fund its operations and had not paid certain debts to secured creditors as they became due. The letter also indicated that Bluestem did not anticipate having sufficient funds to pay secured creditors in full after this process.

5. Sonata nonetheless continued to act in good faith in compliance with its rights and obligations under the Agreement. Despite such efforts, as of the date hereof, the total amount due and owing to Sonata is no less than $4,777,832.90 in unpaid invoices and $5,870,000 in additional contractual damages under the Agreement, totaling no less than $10,647,832.90.

6. As of the date hereof, the Petitioning Creditor is without knowledge as to the total number of holders of claims against the Debtor that are not contingent as to liability or the subject of a bona fide dispute as to liability or amount. Pursuant to Federal Rule of Bankruptcy Procedure 1003(c), the Petitioning Creditor is willing to seek joinder of additional creditors in the event the debtor files an answer alleging the existence of 12 or more creditors as provided in § 303(b) and complies with the requirements of Federal Rule of Bankruptcy Procedure 1003(b).

7. The Petitioning Creditor files the above-captioned involuntary bankruptcy petition in good faith and not as a substitute for ordinary debt collection activity or to gain a disproportionate advantage over other creditors. The Petitioning Creditor files the petition because, among other reasons, (i) the Debtor has admitted it is unable to pay its debts as they become due, and (ii) the Petitioning Creditor is concerned that assets are not being maximized for the benefit of creditors and/or have been, or may be, inappropriately distributed or transferred by the Debtor. The Petitioning Creditor seeks the appointment of a trustee to investigate the



foregoing, preserve any assets and prevent any loss of estate property, marshal any assets that have been inappropriately disseminated by the Debtor, and distribute such assets equitably among creditors, and, as appropriate, prevent or mitigate any actual or constructive fraud, mismanagement, or preferences. The Petitioning Creditor seeks the foregoing relief to maximize the value of the estate for the benefit of all creditors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this day of 6th March, 2026.

_____
Mangal Krishnarao Kulkarni
Secretary