# Notice Recipients

District/Off: 0311−1                    User: admin                    Date Created: 3/9/2026

Case: 26−10318−KBO                      Form ID: van413                Total: 4

**Recipients of Notice of Electronic Filing:**

aty        Amanda R. Steele           steele@rlf.com
aty        Brendan Joseph Schlauch          schlauch@rlf.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

adb        OBSA Operating Company, LLC        c/o The Corporation Trust Company        Corporation Trust
           Center        1209 Orange Street        Wilmington, DE 19801
ptcrd      Sonata Software North America, Inc.        Mangal Krishnarao Kulkarni        398999 Balentine Drive, Suite
           200        Newark, CA 94560

TOTAL: 2