B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## District Of Delaware

In re   OBSA Operating Company, LLC                )        Case No. _26-10318_____

_(f/k/a BLST Norm Thompson Outfitters, LLC)_ ,     )

_Alleged_ Debtor                                   )        Chapter _7_____

                                                   )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on _March 6, 2026_____ (date), requesting an order for relief under chapter _7_____ of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:   824 Market St. N
3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:   Dion W. Hayes
Connor W. Symons
McGuireWoods LLP
800 E. Canal St.
Richmond, VA, 23219

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____ (Clerk of the Bankruptcy Court)

Date: _3/9/2026_         By: _____ (Deputy Clerk)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware _____
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2:  Identify the Debtor

2. **Debtor's name**

   OBSA Operating Company, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   BLST Norm Thompson Outfitters, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   EIN __ __ — __ __ __ __ __ __ __

5. **Debtor's address**

| Principal place of business | | | Mailing address, if different | | |
|---|---|---|---|---|---|
| 13300 Pioneer Trail | | | c/o The Corporation Trust Company Corporation Trust Center 1209 Orange Street | | |
| Number        Street | | | Number        Street | | |
| | | | P.O. Box | | |
| Eden Prairie | MN | 55347 | Wilmington | DE | 19801 |
| City | State | ZIP Code | City | State | ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** | | |
| Hennepin | | | | | |
| County | | | Number        Street | | |
| | | | City | State | ZIP Code |

Debtor   **OBSA Operating Company, LLC**
Name

Case number (if known)_____

---

**6. Debtor's website (URL)** _____

---

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the types of business listed.

☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No

☐ Yes. Debtor_____   Relationship _____

District _____ Date filed _____ Case number, if known_____
MM / DD / YYYY

Debtor_____   Relationship _____

District _____ Date filed _____ Case number, if known_____
MM / DD / YYYY

---

**Part 3:   Report About the Case**

**10. Venue**

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 2

Debtor **OBSA Operating Company, LLC**
Name

Case number (if known)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Sonata Software North America, Inc. | Services rendered and exit fee | $ 10,647,832.90 |
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | $ 10,647,832.90 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Sonata Software North America, Inc.
Name

39899 Balentine Drive, Suite 200
Number   Street

| Newark | CA | 94560 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Mangal Krishnarao Kulkarni, Secretary
Name

39899 Balentine Drive, Suite 200
Number   Street

| Newark | CA | 94560 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03 / 06 / 2026
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Amanda R. Steele
Printed name

Richards, Layton & Finger, P.A.
Firm name, if any

One Rodney Square, 920 N. King Street
Number   Street

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Contact phone 302-651-7575   Email steele@rlf.com

Bar number   5530

State   Delaware

✗ /s/ Amanda R. Steele
Signature of attorney

Date signed 03/06/2026
MM / DD / YYYY

Debtor   OBSA Operating Company, LLC
Name

Case number (if known)

---

**Name and mailing address of petitioner**

Name

Number   Street

City                         State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                         State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City                         State        ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number   Street

City                         State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                         State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City                         State        ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
          MM  / DD / YYYY

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | |
| | Chapter 7 |
| **OBSA OPERATING COMPANY, LLC,** | |
| | Case No. _____ |
| *Alleged Debtor.* | |

## CORPORATE DISCLOSURE STATEMENT OF
## PETITIONING CREDITOR SONATA SOFTWARE NORTH AMERICA, INC.

Pursuant to Federal Rules of Bankruptcy Procedure 1010(b) and 7007.1, Petitioning Creditor Sonata Software North America, Inc. states the following:

Sonata Software North America, Inc. is a wholly-owned subsidiary of Sonata Software Limited.  The equity shares of Sonata Software Limited are publicly-traded on Indian Stock Exchanges.

[Remainder of page intentionally blank]

1

Dated:  March 6, 2026
        Wilmington, Delaware

/s/ Amanda R. Steele
**RICHARDS, LAYTON & FINGER, P.A.**
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Colin A. Meehan (No. 7237)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: steele@rlf.com
schlauch@rlf.com
meehan@rlf.com

and

**MCGUIREWOODS LLP**
Dion W. Hayes (*pro hac vice* forthcoming)
Connor W. Symons (*pro hac vice* forthcoming)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile:  (804) 775-1061
Email: dhayes@mcguirewoods.com
          csymons@mcguirewoods.com

and

Shelby S. Guilbert, Jr. (*pro hac vice* forthcoming)
1075 Peachtree St. NE
35th Floor
Atlanta, GA 30309-3900
Telephone: (404) 443-5500
Facsimile:  (404) 443-5500
Email: sguilbert@mcguirewoods.com

*Counsel to Sonata Software North America, Inc.*

2