B2500E (Form 2500E) (12/15)

## CERTIFICATE OF SERVICE

I, <u>Connor W. Symons</u> (name), certify that on <u>March 9, 2026</u> (date), I served this summons and a copy of the involuntary petition on <u>OBSA Operating Company, LLC</u> (name), the debtor in this case, by:

**<u>Via First Class Mail, Postage Prepaid:</u>**

OBSA Operating Company, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>March 9, 2026</u>    Signature <u>*/s/ Connor W. Symons*</u>

Print Name: <u>Connor W. Symons</u>

Business Address: <u>McGuireWoods LLP</u>

<u>800 E. Canal St., Richmond Va., 23219</u>