**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re:**

**OBSA OPERATING COMPANY, LLC,**

    *Alleged Debtor.*

Chapter 7

Case No. 26-10318 (KBO)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Dion W. Hayes of McGuireWoods LLP, 800 East Canal Street, Richmond, Virginia 23219-3916, to represent Sonata Software North America, Inc. in the above captioned case and any related proceedings

Dated: March 9, 2026

*/s/ Amanda R. Steele*
Amanda R. Steele, Esq. (No. 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: steele@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the District of Columbia, the State of Maryland, and the Commonwealth of Virginia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: March 9, 2026

*/s/ Dion W. Hayes*
MCGUIREWOODS LLP
Dion W. Hayes
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile:  (804) 775-1061
Email: dhayes@mcguirewoods.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

RLF1 35475614v.1