**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**OBSA OPERATING COMPANY, LLC,**<br><br>  *Alleged Debtor.* | Chapter 7<br><br>Case No. 26-10318 (KBO)<br><br>**Re: Docket No. 1 & 5** |

**CERTIFICATION OF COUNSEL REGARDING**
**ORDER FOR RELIEF IN INVOLUNTARY CASE**

The undersigned hereby certifies as follows:

1.      On March 6, 2026, petitioning creditor Sonata Software North America, Inc. ("Sonata") filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Involuntary Petition") against OBSA Operating Company, LLC (the "Alleged Debtor"), commencing the above-captioned case (the "Chapter 7 Case") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On March 9, 2026, the Clerk of the Court issued the *Summons to Debtor in Involuntary Case* [Docket No. 5] (the "Summons").  On the same day, Sonata served the Summons with a copy of Involuntary Petition on the Alleged Debtor via first class mail.  *See* Docket No. 6.

3.      The undersigned hereby certifies that the deadline to file a defense, objection or other responsive pleading to the Involuntary Petition was April 2, 2026.  *See* Fed. R. Bankr. P. 1011(b).  As of the date hereof, the undersigned has received no defense, objection or other responsive pleading to the Involuntary Petition, and the Alleged Debtor has not filed a defense, objection or other responsive pleading in response to the Involuntary Petition on the docket in the Chapter 7 Case as required under Federal Bankruptcy Rule 1011.

4.      Sonata has prepared a proposed form of order, attached hereto as **Exhibit A**, granting the relief requested in the Involuntary Petition (the "Proposed Order").

WHEREFORE, Sonata respectfully requests that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

2

Dated:  April 7, 2026
       Wilmington, Delaware

/s/  Colin A. Meehan

**RICHARDS, LAYTON & FINGER, P.A.**
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Colin A. Meehan (No. 7237)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:  steele@rlf.com
       schlauch@rlf.com
       meehan@rlf.com

-and-

**McGuireWoods LLP**
Dion W. Hayes (admitted *pro hac vice*)
Connor W. Symons (admitted *pro hac vice*)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile:  (804) 775-1061
Email: dhayes@mcguirewoods.com
       csymons@mcguirewoods.com

-and-

Shelby S. Guilbert, Jr. (admitted *pro hac vice*)
1075 Peachtree St. NE
35th Floor
Atlanta, GA 30309-3900
Telephone: (404) 443-5500
Facsimile:  (404) 443-5500
Email: sguilbert@mcguirewoods.com

*Counsel to Sonata Software North America, Inc.*

RLF1 35613314v.1