## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 7 |
| **OBSA OPERATING COMPANY, LLC,** | Case No. 26-10318 (KBO) |
| *Alleged Debtor.* | **Re: Docket Nos. 1 & 5** |

## ORDER FOR RELIEF IN INVOLUNTARY CASE

On consideration of the petition for relief filed on March 6, 2026, against the above-captioned involuntary debtor [Docket No. 1], an order for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* is hereby GRANTED.