**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**OBSA OPERATING COMPANY, LLC,**<br><br>*Alleged Debtor.* [1] | Chapter 7<br><br>Case No. 26-10318 (KBO)<br><br>**Re: Docket No. 1, 5 & 14** |

**CERTIFICATION OF COUNSEL REGARDING REVISED**
**ORDER FOR RELIEF IN INVOLUNTARY CASE**

The undersigned hereby certifies as follows:

1.      On March 6, 2026, petitioning creditor Sonata Software North America, Inc. ("Sonata") filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Involuntary Petition") against OBSA Operating Company, LLC (the "Alleged Debtor"), commencing the above-captioned case (the "Chapter 7 Case") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On March 9, 2026, the Clerk of the Court issued the *Summons to Debtor in Involuntary Case* [Docket No. 5] (the "Summons").  On the same day, Sonata served the Summons with a copy of the Involuntary Petition on the Alleged Debtor via first class mail.  *See* Docket No. 6.

3.      On April 7, 2026, after receiving no defense, objection or other response to the Involuntary Petition prior to the response deadline of April 2, 2026, Sonata filed a proposed form

---

[1]     The Alleged Debtor's address is 13300 Pioneer Trail, Eden Prairie, MN 55347. The Alleged Debtor's employer tax-identification number is 43-1975931.

of order (the "Proposed Order") granting the relief requested in the Involuntary Petition under certification of counsel. *See* Docket No. 14.

4.      After filing the Proposed Order, undersigned counsel to Sonata obtained the Alleged Debtor's federal employer tax-identification number (the "EIN"). Attached hereto as **Exhibit 1** is a revised form of the Proposed Order (the "Revised Order") that includes the Alleged Debtor's EIN and address. For the convenience of the Court and all parties in interest, a redline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

WHEREFORE, Sonata respectfully requests that the Revised Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

2

Dated:  April 8, 2026
      Wilmington, Delaware

*/s/  James F. McCauley*

**RICHARDS,    LAYTON    &**
**FINGER, P.A.**
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email:  steele@rlf.com
      schlauch@rlf.com
      mccauley@rlf.com

-and-

**MCGUIREWOODS LLP**
Dion W. Hayes (admitted *pro hac vice*)
Connor W. Symons (admitted *pro hac vice*)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile:  (804) 775-1061
Email: dhayes@mcguirewoods.com
      csymons@mcguirewoods.com

-and-

Shelby S. Guilbert, Jr. (admitted *pro hac vice*)
1075 Peachtree St. NE
35th Floor
Atlanta, GA 30309-3900
Telephone: (404) 443-5500
Facsimile:  (404) 443-5500
Email: sguilbert@mcguirewoods.com

*Counsel to Sonata Software North America,*
*Inc.*