**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 7 |
| **OBSA OPERATING COMPANY, LLC,** | Case No. 26-10318 (KBO) |
| *Alleged Debtor.* [1] | **Re: Docket Nos. 15 & 16** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I caused a copy of the following to be served upon the parties on the attached service list in the manner indicated.

- *Certification of Counsel Regarding Revised Order for Relief in Involuntary Case* [Docket No. 15]

- *Order for Relief in Involuntary Case* [Docket No. 16]

*/s/ James F. McCauley*
James F. McCauley (No. 6991)

---

[1]   The Alleged Debtor's address is 13300 Pioneer Trail, Eden Prairie, MN 55347. The Alleged Debtor's employer tax-identification number is 43-1975931.

RLF1 35655219v.2

**Service List**

**Via First Class Mail**

OBSA Operating Company, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

OBSA Operating Company, LLC
13300 Pioneer Trail
Eden Prairie, MN 55347

RLF1 35655219v.2